IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JOHN HILL                                                                                                    PLAINTIFF

v.                                              Case No. 1:16-cv-1059

LINCOLN FINANCIAL
GROUP, *et al.*                                                                                          DEFENDANTS

## ORDER

Before the Court is the parties' Stipulation of Dismissal With Prejudice. (ECF No. 52). The Court finds that no response is necessary and that the matter ripe for consideration.

On December 4, 2018, the parties filed the instant stipulation, stating that they have reached a settlement of all claims in this matter. Accordingly, the parties ask the Court to dismiss Plaintiff John Hill's complaint with prejudice pursuant to Rule 41(a).

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), an action may be dismissed by "a stipulation of dismissal signed by all parties who have appeared." The instant stipulation of dismissal is signed by all parties to this matter.

Upon consideration, the Court finds that good cause has been shown. Accordingly, Plaintiff's complaint is hereby **DISMISSED WITH PREJUDICE**. If any party desires that the terms of settlement be a part of the record therein, those terms should be reduced to writing and filed with the Court within thirty (30) days of the entry of this judgment. The Court retains jurisdiction to vacate this Order and to reopen this action upon cause shown that the settlement has not been completed and further litigation is necessary.

**IT IS SO ORDERED**, this 6th day of December, 2018.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge